UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA E. RAMOS | CIVIL ACTION |
| VERSUS | NO. 11-1457 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "A" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED, the Commissioner's Cross-Motion for Summary Judgment is DENIED, and this suit is REMANDED for further proceedings consistent with the Report and Recommendation.

New Orleans, Louisiana, this 23rd day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE